# UNITED STATES DISTRICT COURT
## FOR THE
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _CAS_ D.C.

2005 AUG -5 PM 2:13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. No. 01-20312-M1 |
| vs. | ) |
| | ) |
| TEDDY NULL, | ) |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

LAWRENCE J. LAURENZI, Assistant United States Attorney, applies to the Court for a Writ to have TEDDY NULL, State# 39458, DOB 2/06/65, SSN# 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, now being detained in the Carroll County Correctional Facility, Vaiden, Mississippi, appear before the Honorable Jon Phipps McCalla on Friday, August 19, 2005, at 9:30 a.m. for a re-sentencing hearing and for such other appearances as this Court may direct.

Respectfully submitted this 5th day of August, 2005.

LAWRENCE J. LAURENZI by Vivian R. Donelson
ASSISTANT UNITED STATES ATTORNEY

Upon consideration of the foregoing Application, DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN, SHERIFF/WARDEN, CARROLL COUNTY CORRECTIONAL FACILITY, VAIDEN, MISSISSIPPI.

YOU ARE HEREBY COMMANDED to have TEDDY NULL appear before the Honorable Jon Phipps McCalla at the date and time aforementioned.

ENTERED this 5 day of August, 2005.

~~S. THOMAS ANDERSON~~ Tu M. Pham
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _8-8-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 122 in case 2:01-CR-20312 was distributed by fax, mail, or direct printing on August 8, 2005 to the parties listed.

---

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT